JS-6

PANISH SHEA & BOYLE, LLP
PETER KAUFMAN, State Bar No. 269297
  pkaufman@psblaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMIE LOOP, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.; LONG BEACH MARRIOTT; DOES 1 to 10, Inclusive,<br><br>Defendant. | Case No.: CV 12-00842 JAK VBK<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a) |

**IT IS HEREBY ORDERED THAT**, following stipulation of counsel, the above entitled case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure Section 41 (a).

IT IS SO ORDERED.

DATED: MAR 2 1 2012

_____
Honorable ~~Percy Anderson~~ John A. Kronstadt

---

[PROPOSED] ORDER RE: STIPULATION TO DISMISS